# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1939 (RMU) |
| | : | | |
| v. | : | Documents No.: | 5, 6, 7 |
| | : | | |
| JENEKIA J. JOHNSON, | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

For the reasons stated in the Memorandum Opinion contemporaneously filed herewith, it is this 1st day of June 2007,

**ORDERED** that the case is **DISMISSED without prejudice**.

**FURTHER ORDERED** that the plaintiff's motion to appoint counsel [5], motion to request oral hearing and settlement conference [6], and motion to permanently suppress evidence [7] are **DENIED** as moot.

**SO ORDERED**.

/s/
RICARDO M. URBINA
United States District Judge