IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| YOLANDA C. GIBSON-MICHAELS ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.1:06CV-1939 |
| ) | |
| JENEKIA J. JOHNSON et.al. ) | |
| Defendant ) | |

## MOTION TO STAY PROCEEDINGS
## TO OBTAIN COUNSEL

Now Comes, Yolanda C. Gibson-Michaels (prose), Plaintiff in the above-titled complaint and files a Motion for Stay these proceedings for 35-days(**calendar**) in order to retain counsel.

**Wherefore**, Plaintiff requests that this court sign the attached Proposed Order for a 35 day stay of these proceedings.

Respectfully submitted,

_____
Yolanda C. Gibson-Michaels (prose)
2210 Anvil Lane
Temple Hills, Maryland
(301) 630-5062

1

## CERTIFICATE OF SERVICE

I hereby certify that on this **8thday of June 2007**, a copy of the foregoing Plaintiffs' Motion to Stay Proceedings for 35-days (calendar) to obtain counsel was filed and mailed to named defendant:

**Copy to:**

Jenekia J. Johnson
1414 Colony Road
Oxon Hill, Maryland 20748

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

YOLANDA C. GIBSON-MICHAELS )
    Plaintiff, )
     )
    v. ) Civil Action No.1:06CV-1939
     )
JENEKIA J. JOHNSON et.al. )
    Defendant )

## Order

This cause was brought before the Court on Plaintiff's Motion to Stay Proceedings for 35-day calendar days.

It is hereby ORDERED AND ADJUDGED, that Plaintiff's Motion is hereby GRANTED Ordered this____day of June, 2007, in chambers.

    Signed:

    _____
    Judge

**Copy To:**

Jenekia J. Johnson
1414 Colony Road
Oxon Hill, Maryland  20748

3