UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| YOLANDA C. GIBSON-MICHAELS, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 06-1939 (RMU) |
| | : | | |
| v. | : | Documents No.: | 10, 11 |
| | : | | |
| JENEKIA J. JOHNSON, | : | | |
| | : | | |
| Defendant. | : | | |

**ORDER**

On this 9th day of November, 2007, it is hereby

ORDERED that plaintiff's Motion to Stay Proceedings to Obtain Counsel [Dkt. #10] and Motion to Vacate Judge Ricardo Urbina's Order and Memorandum Opinion Dated June 1st, 2007 [Dkt. #11] are DENIED

SO ORDERED.

RICARDO M. URBINA
United States District Judge